MEMORANDUM

TO: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FROM: AUSA    JAN W. SHARP
U.S. ATTORNEY'S OFFICE
DISTRICT OF NEBRASKA

RE: UNSEALING OF CRIMINAL COMPLAINT IN 4:12MJ3004

DATE: January 17, 2012

    Be advised that defendant, Ronald T. Martell, named in the Complaint listed above is now in custody or have been released pending trial.  You may now unseal the criminal complaint listed above pursuant to Fed. R. Crim. P. 6(e)(4).